Abbey Dreher (AZ #033224)
Bonial & Associates, P.C. (AZ)
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
Telephone: 972-643-6600
Fax: 972-643-6698
abbey.dreher@bonialpc.com

Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Joseph L. Clarke, III,<br><br>Debtor. | Case No. 2:26-bk-03326-PS<br><br>Chapter 7 |
| Harley-Davidson Credit Corp,<br><br>Movant,<br><br>vs.<br><br>Joseph L. Clarke, III, Debtor, and David M. Reaves, Trustee,<br><br>Respondents. | **MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Re: Personal Property described as 2017 HARLEY-DAVIDSON FLHTKSE CVO ULTRA LIMITED VIN: 1HD1TEF33HB956839 |

**TO THE HONORABLE PAUL SALA, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Harley-Davidson Credit Corp. ("Movant") hereby moves this Court for an Order granting relief from the automatic stay under 11 U.S.C. §362 as to the Debtor and Debtor's bankruptcy estate in the above-captioned matter so that Movant may enforce its remedies to repossess and sell the property in accordance with applicable non-bankruptcy law on the personal property commonly described as 2017 HARLEY-DAVIDSON FLHTKSE CVO ULTRA LIMITED, vehicle identification number: 1HD1TEF33HB956839 (the "Property").

Movant hereby moves this Court for an Order granting relief from the automatic stay on the following grounds:

1. **Pursuant to 11 U.S.C. § 362(d)(2), Debtor has no equity in the Property and it is not necessary to an effective reorganization:** The total debt on the Property is $26,355.92, while the fair market value of the Property is only $24,605.00. Therefore, there is no equity in the Property. Further, because this is a Chapter 7 case, which deals solely with liquidation, the Property is not necessary to an effective reorganization.

2. **Pursuant to 11 U.S.C. § 362(d)(1), Movant's interest in the Property is not adequately protected by an equity cushion:** The value of the "equity cushion" in the Property exceeding Movant's total claim, $26,355.92, and any other liens senior to Movant is 0%. Therefore, Movant's interest in the Property is not adequately protected by an equity cushion.

Movant submits the attached Memorandum of Point & Authorities, as well as other evidence attached hereto in support of its Motion.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

3. An Order Granting Relief from Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies to repossess and sell the Property.
4. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
5. The 14-day stay provided by Bankruptcy Rule 4001(a)(4) be waived.
6. Any other further relief as the Court deems just and proper.

Dated: 4/27/2026

Respectfully Submitted,
Bonial & Associates, P.C. (AZ)

By: *Abbey Dreher*
ABBEY DREHER
Attorney for Movant