**SIGNED.**

**Dated: May 15, 2026**

**Paul Sala, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Joseph L. Clarke, III,<br><br>Debtor.<br>_______________________<br>Harley-Davidson Credit Corp,<br><br>Movant,<br><br>vs.<br><br>Joseph L. Clarke, III, Debtor and David M. Reaves, Trustee,<br><br>Respondents. | Case No. 2:26-bk-03326-PS<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Re: Personal Property described as 2017 HARLEY-DAVIDSON FLHTKSE CVO ULTRA LIMITED VIN: 1HD1TEF33HB956839 |

Upon the Court's consideration of the *Motion for Relief from the Automatic Stay* (the "Motion") (Dkt.17 ) filed by Harley-Davidson Credit Corp ("Movant") on April 27, 2026; the Motion and Notice having been served and no objections having been filed with the Court, as evidenced by the *Certificate of Service and No Objections* (Dkt. 24); and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Order pertains to the personal property described as 2017 HARLEY-DAVIDSON FLHTKSE CVO ULTRA LIMITED, vehicle identification number: 1HD1TEF33HB956839.

2. The stay of 11 U.S.C. § 362(a) is hereby terminated as to Debtor and Debtor's bankruptcy estate. Movant may enforce its remedies to repossess and sell the Property in accordance with applicable non-

bankruptcy law.

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

**DATED AND SIGNED ABOVE.**